**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas

Case number (if known): _____ Chapter 15

☐ Check if this is an
amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. **Debtor's name** | ENTREC Corporation |
| 2. **Debtor's unique identifier** | **For non-individual debtors:**<br><br>☐  Federal Employer Identification Number (EIN)  __ __ – __ __ __ __ __ __ __<br><br>☑  Other 825232754 _____. Describe identifier Ca. BN _____.<br><br>**For individual debtors:**<br><br>☐  Social Security number:   xxx – xx– ____ ____ ____ ____<br><br>☐  Individual Taxpayer Identification number (ITIN):  9 xx – xx – ____ ____ ____ ____<br><br>☐  Other _____. Describe identifier _____. |
| 3. **Name of foreign representative(s)** | Alvarez & Marsal Canada Inc. |
| 4. **Foreign proceeding in which appointment of the foreign representative(s) occurred** | COURT OF QUEEN'S BENCH OF ALBERTA JUDICIAL CENTRE CALGARY |
| 5. **Nature of the foreign proceeding** | *Check one:*<br><br>☐  Foreign main proceeding<br>☐  Foreign nonmain proceeding<br>☑  Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. **Evidence of the foreign proceeding** | ☑  A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br><br>☐  A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br><br>☐  Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br><br>_____<br>_____ |
| 7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐  No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br><br>☑  Yes |

| Debtor | ENTREC Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Canada

Debtor's registered office:

1400, 350 - 7th Avenue S.W.
Number        Street

P.O. Box

Calgary        Alberta        T2P 3N9
City        State/Province/Region        ZIP/Postal Code

Canada
Country

Individual debtor's habitual residence:

Number        Street

P.O. Box

City        State/Province/Region        ZIP/Postal Code

Country

Address of foreign representative(s):

1680-400 Burrard Street
Number        Street

P.O. Box

Vancouver, BC        V6C 3A6
City        State/Province/Region        ZIP/Postal Code

Canada
Country

**10. Debtor's website (URL)**

http://www.entrec.com and www.alvarezandmarsal.com/entrec

**11. Type of debtor**

Check one:

☐ Non-individual (check one):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

Debtor    __ENTREC Corporation_____          Case number (if known)_____
                  Name

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
   __Ultimate parent of US subsidiary with principal assets in SDTX__.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✖ _____/s/_____          Anthony Tillman, Senior Vice President
    Signature of foreign representative          Printed name

Executed on   __05/15/2020__
                   MM  / DD / YYYY

✖ _____          _____
    Signature of foreign representative          Printed name

Executed on   _____
                   MM  / DD / YYYY

**14. Signature of attorney**

✖ /s/Steve A. Peirce _____   Date   __05/15/2020__
    Signature of Attorney for foreign representative          MM   / DD / YYYY

Steve A. Peirce _____
Printed name
Norton Rose Fulbright US LLP _____
Firm name
111 West Houston Street, Suite 1800 _____
Number       Street
San Antonio _____   TX _____   78205 _____
City                                            State            ZIP Code

(210) 270-7179 _____   steve.peirce@nortonrosefulbright.com
Contact phone                              Email address

15731200 _____   TX _____
Bar number                             State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO._____ |
| ENTREC CORPORATION, *et al.*,[1] | § | |
| | § | **Chapter 15** |
| Debtors in a foreign proceeding. | § | (Joint Administration Requested) |

STATEMENT OF FOREIGN REPRESENTATIVE PURSUANT TO
FED. R. BANKR. P. 1007(A)(4)

Alvarez & Marsal Canada Inc. ("A&M"), as the court-appointed monitor (the "**Monitor**")

and authorized foreign representative of (1) ENTREC Corporation, an Alberta, Canada

corporation, (2) ENT Oilfield Group Ltd., an Alberta, Canada corporation, (3) Capstan Hauling

Ltd., an Alberta, Canada corporation, (4) ENT Capital Corp., an Alberta, Canada corporation, (5)

ENTREC Holdings Inc., a Texas corporation, (6) ENTREC Cranes & Heavy Haul Inc., a Texas

corporation, (7) ENTREC Alberta Ltd., an Alberta, Canada corporation, and  (8) ENTREC

Services Ltd., an Alberta, Canada corporation (collectively, the "**Debtors**") in the proceeding

pending in the Court of Queen's Bench of Alberta, Judicial Centre of Calgary (the "**Canadian**

**Court**" and the "**Canadian Proceedings**") under the Companies' Creditors Arrangement Act (the

"**CCAA**"), hereby submits the following *Statement of Foreign Representative Under Fed. R.*

*Bankr. P. 1007(a)(4)* (the "**Statement**"):

The Monitor is an authorized foreign representative as defined in 11 U.S.C. § 101(24).  The

Canadian Proceeding is a foreign proceeding as defined in 11 U.S.C. § 101(23).  The Debtors are

debtors as defined in 11 U.S.C. § 1502(1).

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of the Debtors' unique identifier are:  ENTREC Corporation (Ca. BN 2754); ENT Oilfield Group Ltd. (Ca. BN 3917); Capstan Hauling Ltd. (Ca. BN 1535); ENT Capital Corp. (Ca. BN 5538); ENTREC Holdings Inc. (Tex. Secty State File No. 5531); ENTREC Cranes & Heavy Haul Inc. (EIN 2917); ENTREC Alberta Ltd. (Ca. BN 4135); ENTREC Services Ltd. (Ca. BN 9438).  Additional information regarding this case may be obtained on the Monitor's website for this case at www.alvarezandmarsal.com/entrec and the noticing agent's website for this case at http://cases.stretto.com/entrec.

## I.   Corporate Ownership Statement Pursuant to Rule 7007.1

Pursuant to Fed. R. Bankr. P. 7007.1, the following corporations directly or indirectly owns 10% or more of the following Debtors' equity interests:

- ENTREC Corporation is a publicly traded company and is listed on the Toronto Stock Exchange under the trading symbol "ENT." As of March 10, 2020, (a) J.V. Driver Corporation owned 17.50% of common shares of ENTREC Corporation, (b) North Channel of Georgian Bay Holdings Ltd. owned 16.73% of common shares of ENTREC Corporation, and (c) FM Airport Industrial Park Ltd. owned 14.05% of common shares of ENTREC Corporation.

- ENT Oilfield Group Ltd. is owned 73% by ENTREC Corporation and 27% by non-Debtors Haden's Hauling Ltd. and 2140303 Alberta Ltd.

- Capstan Hauling Ltd. is owned 100% by ENT Oilfield Group Ltd.

- ENT Capital Corp. is owned 100% by ENTREC Corporation.

- ENTREC Holdings Inc. is owned 100% by ENT Capital Corp.

- ENTREC Cranes & Heavy Haul Inc. is owned 100% by ENTREC Holdings Inc.

- ENTREC Alberta Ltd. is owned 100% by ENTREC Corporation.

- ENTREC Services Ltd. is owned 100% by ENTREC Corporation.

## II.   Administrators in Foreign Proceedings Respecting the Debtors.

The names and addresses of all administrators in foreign proceedings of the Debtors are: Alvarez & Marsal Canada Inc. (Monitor) Attn: Anthony Tillman, Senior Vice President, 1680-400 Burrard Street, Vancouver, BC, Canada, V6C 3A6.

## III.   Litigation in the United States in Which One or More of the Debtors is a Party.

As of the filing of the Debtors' chapter 15 petitions, the Monitor is unaware of any litigation that has been commenced and is pending in the United States in which one or more of the Debtors is a party, except as listed in the attached **Exhibit A**. The Monitor will amend this Statement, to the extent necessary, if additional information becomes available.

**IV.** **Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519.**

The Monitor seeks provisional relief to the fullest extent permitted under section 1519, including against the entities listed in the attached **Exhibit B**.

*__Signature page follows__*

## **DECLARATION**

I, Anthony Tillman, Senior Vice President at Alvarez & Marsal Canada Inc., foreign representative and court-appointed monitor for the above-captioned Debtor, declare under penalty of perjury that I have read the foregoing Statement and it is true and correct to the best of my information and belief.

Executed on:  May 15, 2020

By: _____

Anthony Tillman,
Senior Vice President at Alvarez & Marsal Canada
Inc., Foreign Representative and Monitor

# Exhibit A

**EXHIBIT A TO STATEMENT OF FOREIGN REPRESENTATIVE PURSUANT TO FED. R. BANKR. P. 1007(A)(4): LITIGATION PARTIES**

1. Entrec Cranes & Heavy Haul v Essential Logistics LLC, Cause No. 2020-10224, 129th Judicial District, Harris County--Judgment)

    a. Essential Logistics, LLC, 8301 Fairbanks N. Hou. Houston, TX   77064 Luis.galicia@essentiallogistics.net

2. Entrec Cranes & Heavy Haul v Legion Rig Services LLC, Cause 2019cv30948, Weld County District Court, Colorado – (Default Judgment)

    a. Legion Rig Services LLC no info-no longer in business

3. Juan Pinela (for Nicolas Pinela, deceased), et al. v XTO Energy Inc., et al. , Cause 348-301779-18, 348th Judicial District, Tarrant County

    a. Co defendants Frontier Drilling LLC, DSI, AMC (no known addresses)

    b. Frontier Drilling LLC (no known address)

4. Entrec Cranes & Heavy Haul v TJD Consulting LLC (Tribal Court Fort Berthold Indian Reservation CV-2019-0501 District Court Civil Division, New Town, North Dakota)

    a. TJD Consulting LLC, PO Box 428, Mandaree, ND 58757

5. Tyler Kruse v Patterson UTI-Drilling Company, LLC, North Dakota, McKenzie County, NW Judicial District

    a. Houston Specialty Insurance (insured ENTREC Cranes & Heavy Haul), c/o Lisa M. Lampkin, Selman Brietman LLP, 11766 Wilshire Blvd., 6th Floor, Los Angeles, CA   90025-6546, llampkin@selmanlaw.com

    b. Tyler Kruse: (no known address)

# Exhibit B

- 1 -

2140303 ALBERTA LTD.
SMITH WELLS
NO KNOWN ADDRESS
EMAIL: smith@capstanhauling.com
FAX:

AIP PRODUCTS, INC (AUTOMOTIVE &
INDUSTRIAL PRODUCTS)
324 S LARK
PO BOX 14088
ODESSA, TX 79768-4088
EMAIL:
FAX:

A VETERANS HOMESTEAD
SOLUTIONS INC
3225 MCLEOD DR, SUITE 100
LAS VEGAS, NV 89121
EMAIL:
aveteransleasingsolution@gmail.com
FAX:

AIRGAS ON-SITE SAFETY SERVICES
906 WEST 13TH STREET
DEER PARK, TX 77536-3164
EMAIL:
FAX:

A&E TIRE
3855 E 52ND AVE
DENVER, CO 80216
EMAIL:
FAX:

ALL CRANE INSPECTION LLC
6749 WESTNEDGE STEK PMB 102
PORTAGE, MI 49002
EMAIL:
FAX:

ADVANCED BUSINESS METHODS
1515 13TH AVE EAST
PO BOX 428
WEST FARGO, ND 58078
EMAIL:
FAX:

ALL PROPERTY SERVICES, INC.
1630 S COLLEGE AVE
FORT COLLINS, CO 80525
EMAIL: info@allpropertyservices.com
FAX:

ADVANCED EQUIPMENT RENTAL,
LLC
3001 MILLS ST
LAFAYETTE, LA 70507
EMAIL:
FAX:

ALLISON HEAVY HAUL
2817 LYCOMING CREEK RD
WILLIAMSPORT, PA 17701
EMAIL:
FAX:

AMC
NO KNOWN ADDRESS
EMAIL:
FAX:

ARIZONA DEPARTMENT OF
REVENUE
PO BOX 29079
PHOENIX, AZ 85038-9079
EMAIL:
FAX:

AMERIPRIDE SERVICES INC.
PO BOX 2020
BEMIDJI, MN 56619-2020
EMAIL:
FAX:

ASAP DRUG SOLUTIONS, INC
PO BOX 11329
CARSON, CA 90749
EMAIL:
FAX:

ANDALUCIA VILLAS
5075 EAST 52 ST S102
ODESSA, TX 79762
EMAIL:
FAX:

ASSOCIATED GENERAL
CONTRACTORS OF
PO BOX 1624
BISMARCK, ND 58502
EMAIL:
FAX:

ANDERSON MACHINERY COMPANY
1500 S JOHN BEN SHEPPERD
ODESSA, TX 79766
EMAIL:
FAX:

ASSOCIATED SUPPLY COMPANY,
INC
PO BOX 3888
LUBBOCK, TX 79452
EMAIL:
FAX:

API SYSTEMS INTEGRATORS
7306 W YELLOWSTONE HWY
CASPER, WY 82604
EMAIL:
FAX:

ASTORIA HOTEL & EVENT CENTER
363 15TH STREET WEST
DICKINSON, ND 58601
EMAIL:
FAX:

ATIGUN INCORPORATED
PO BOX 381
KENAI, AK 99611-0381
EMAIL: JBalaska@atiguninc.com
FAX:

BADLANDS POWER FUELS, LLC
PO BOX 912620
DENVER, CO 80291-2620
EMAIL:
FAX:

AUSTIN HOSE
PO BOX 7890
AMARILLO, TX 79114-7890
EMAIL:
FAX:

BAKKEN ENERGY INV, LLC
135P. RICKMAN INDUSTRIAL DRIVE
CANTON, GA 30115
EMAIL: dmiller@cscgc.com
FAX:

AUTO VALUE (DICKINSON)
225 EAST VILLARD
DICKINSON, ND 58601
EMAIL:
FAX:

BAKKEN LUBRICANTS
PO BOX 7084
WILLISTON, ND 58803
EMAIL:
FAX:

AVEDA TRANSPORTATION &
ENERGY SERVICES
SUITE 300, 435 4TH AE SW
CALGARY, AB T2P 3A8 CANADA
EMAIL:
FAX:

BARNHART BOLT & SPECIAL
FASTENERS, INC
PO BOX 69085
ODESSA, TX 79769-9085
EMAIL:
FAX:

B&H DELIVERY
12 2ND ST E
LEMMON, SD 57638
EMAIL:
FAX:

BASIN WIRE ROPE & RIGGING
PO BOX 13790
ODESSA, TX 79768
EMAIL:
FAX:

BASSLER ENERGY SERVICES, INC
PO BOX 33
DEANVILLE, TX 77852
EMAIL:
FAX:

BISHOP LIFTING
3346 KERMIT HWY
ODESSA, TX 79764-6425
EMAIL:
FAX:

BECKER COUNTY HIGHWAY
DEPARTMENT
200 STATE STREET EAST
DETROIT LAKES, MN 56501
EMAIL:
FAX:

BLACK HILLS TRUCKING
455 N POPLAR
PO BOX 2360
CASPER, WY 82602
EMAIL:
FAX:

BIG BUTTE SERVICES
PO BOX 2082
WATFORD, ND 58854
EMAIL:
FAX:

BLASTWORKS
3130 121ST AVE SW
DICKINSON, ND 58601
EMAIL:
FAX:

BIG HORN TIRE, INC
501 WESTSIDE DRIVE
GILLETTE, WY 82718
EMAIL:
FAX:

B-LINE FILTER & SUPPLY
BOX 4598
ODESSA, TX 79760
EMAIL:
FAX:

BIGGE CRANE AND RIGGING CO
PO BOX 205220
DALLAS, TX 75320-5220
EMAIL: ar@bigge.com
FAX:

BOESPFLUG
1300 E VILLARD ST
DICKINSON, ND 58601-6415
EMAIL:
FAX:

BOX SOLUTIONS LLC
1450 NEW MEXICO ST
LOVELAND, CO 80538
EMAIL:
FAX:

CABLE TECH SLING & SUPPLY
COMPANY
5085 OAKLAND ST
DENVER, CO 80239
EMAIL:
FAX:

BRIDGESTONE HOSEPOWER LLC
50 INDUSTRIAL LOOP NORTH
ORANGE PARK, FL 32073
EMAIL:
FAX:

CANADIAN WESTERN BANK
MCLENNAN ROSS LLP, CHUCK
RUSSELL
600 MCLENNAN ROSS BUILDING
12220 STONY PLAIN ROAD
EDMONTON, ALBERTA T5N 3Y4
CANADA
EMAIL: crussell@mross.com
FAX:

BRITT TRUCKING
1900 SEMINOLE RD
PO BOX 707
LAMESA, TX 79331
EMAIL:
FAX:

CAPITAL CITY RESTAURANT
SUPPLY
1414 INTERSTATE LOOP
BISMARK, ND 58503
EMAIL:
FAX:

BROWN ELECTRIC COMPANY
PO BOX 1623
ODESSA, TX 79760
EMAIL:
FAX:

CARQUEST AUTO PARTS
PO BOX 404875
ATLANTA, CA 30384-4875
EMAIL:
FAX:

BUTLER MACHINERY CO.
BOX 9559
FARGO, ND 58106-9559
EMAIL:
FAX:

CASCADE AUTO GLASS
204 N MAIN ST
WATFORD CITY, ND 58854
EMAIL:
FAX:

CENTURYLINK
PO BOX 91155
SEATTLE, WA 98111-9255
EMAIL:
FAX:

CHERRY CREEK MEDIA
PO BOX 2048
WILLISTON, ND 58802
EMAIL:
FAX:

CERTIFIED LABORATORIES
PO BOX 971269
DALLAS, TX 75397-1269
EMAIL:
FAX:

CHIEF OILFIELD SERVICES
40 1ST AVE WEST
DICKINSON, ND 58601
EMAIL:
FAX:

CERTIFIED POWER, INC.
COMPANIES
75 REMITTANCE DR DEPT 3165
CHICAGO, IL 60675-3165
EMAIL:
FAX:

CHRISTOPHER FOGLER
1952 VILLAS CT
DICKINSON, ND 58601
EMAIL:
FAX:

CHANCE IT PILOT SERVICE LLC
PO BOX 52013
CASPER, WY 82605
EMAIL:
FAX:

CINTAS CORPORATION 440
PO BOX 650838
DALLAS, TX 75265
EMAIL:
FAX:

CHARBONNEAU CAR CENTER
346 1ST STREET WEST
DICKINSON, ND 58601
EMAIL:
FAX:

CITY OF BISMARCK
PO BOX 5503
BISMARCK, ND 58506
EMAIL:
FAX:

CITY OF EVANS
1100 37TH STREET
EVANS, CO 80620-2036
EMAIL:
FAX:

COACH, TRUCK & TRACTOR, LLC
406 SENATOR STREET
CONNEAUT, OH 44030-2864
EMAIL:
FAX:

CITY OF FARGO
PO BOX 1607
FARGO, ND 58107
EMAIL:
FAX:

COLORADO DEPARTMENT OF
REVENUE
PO BOX 17087
DENVER, CO 80217-0087
EMAIL:
FAX:

CLAY COUNTY TREASURER
PO BOX 280
MOORHEAD, MN 56560
EMAIL:
FAX:

COLORADO DEPARTMENT OF
TRANSPORTATION
2829 W. HOWARD PL.
DENVER, CO 80204
EMAIL:
FAX:

CLEAN HARBORS SURFACE
RENTALS USA, INC
PO BOX 3442
BOSTON, MA 02241-3442
EMAIL:
FAX:

COMPTROLLER OF PUBLIC
ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348
EMAIL:
FAX:

CN CUSTOMS BROKERAGE
SERVICES (USA)
3373 GRISWOLD RD
PORT HURON, MI 48060
EMAIL:
FAX:

COMPUTERSHARE
ANNA SZCZEPANKIEWICZ
600, 530 8TH AVENUE SW
CALGARY, AB T2P 3S8 CANADA
EMAIL:
FAX:

CONSOLIDATED COMM NETWORKS
INC.
PO BOX 1408
DICKINSON, ND 58602-1408
EMAIL:
FAX:

CRIMSON CRANE REPAIR
10113 YOUNGER ROAD
MIDLAND, TX 79706
EMAIL:
FAX:

CORE LIFTING OF ODESSA LLC
2301 E MURPHY STREET
ODESSA, TX 79761
EMAIL:
FAX:

CROPAC EQUIPMENT INC
1007 SOUTH SERVICE ROAD WEST
OAKVILLE, ON L6L 6R3 CANADA
EMAIL: mike@cropac.com
FAX:

CRANE SALES & SERVICE
DEPT 1906, PO BOX 2153
BIRMINGHAM, AL 35287-1906
EMAIL:
FAX:

CRS DIAGNOSTIC SERVICE LLC
PO BOX 13856
ODESSA, TX 79768
EMAIL:
FAX:

CRANEWORKS
900 BLUE MOUND RD EAST
HASLET, TX 76052
EMAIL:
FAX:

CRUZ ENERGY SERVICES LLC
10944 27 D STREET SW
DICKINSON, ND 58601
EMAIL:
FAX:

CRG FINANCIAL LLC
100 UNION AVENUE
CRESSKIU, NJ 07626
EMAIL:
FAX:

CUMMINS SALES & SERVICE
(DENVER)
PO BOX 912138
DENVER, CO 80291-2138
EMAIL:
FAX:

CURRENT FINANCIAL
TOWER 1 2020, 10060 JASPER AVE
NW
EDMONTON, AB T5J 3R8 CANADA
EMAIL: jstewart@currentfinancial.com
FAX:

DALE TRUCKING INC
623 E 18TH ST
GREELEY, CO 80631
EMAIL:
FAX:

CUSTOM TRUCK ONE SOURCE
7701 INDEPENDENCE AVE
KANSAS CITY, MO 64125
EMAIL: ach@U1Source.com
FAX:

DALES THE PRINTING COMPANY
300 EAST 23RD STREET
ODESSA, TX 79761
EMAIL:
FAX:

DAKOTA FILTER SUPPLIES
501 21ST AVE E
DICKINSON, ND 58601
EMAIL:
FAX:

DALTON TRUCKING INC
PO BOX 5606
VICTORIA, TX 77903
EMAIL:
FAX:

DAKOTA TOOL AND MACHINE
829 E VILLARD ST
DICKINSON, ND 58601
EMAIL:
FAX:

DARBYS WELDING & MACHINE, INC.
78 48TH AVE SW
DICKINSON, ND 58601
EMAIL:
FAX:

DALE MEYER TRUCKING COMPANY
PO BOX 3548
ODESSA, TX 79760
EMAIL:
FAX:

DD&S EXPRESS
8777 ROCKSIDE RD
CLEVELAND, OH 44125
EMAIL:
FAX:

DE LAGE LANDEN FINANCIAL
SERVICES INC.
111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087
EMAIL: pgray@leasedirect.com
FAX:

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201
EMAIL:
FAX:

DEANS BULK SERVICE
PO BOX 249
BARNESVILLE, MN 56514
EMAIL:
FAX:

DEPARTMENT OF THE TREASURY -
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346
EMAIL:
FAX:

DELTA RIGGING & TOOLS, INC.
4323 4TH AVE WEST
PO BOX 2039
WILLISTON, ND 58802
EMAIL:
FAX:

DEPARTMENT OF THE TREASURY -
INTERNAL REVENUE SERVICE
324 25ST STREET
OGDEN, UT 84401
EMAIL:
FAX:

DELTA RIGGING & TOOLS, INC.
125 MCCARTY ST
HOUSTON, TX 77029
EMAIL:
FAX:

DEX MEDIA EAST, INC.
PO BOX 78041
PHOENIX, AZ 85062-8041
EMAIL:
FAX:

DENNYS ELECTRIC
PO BOX 1406
DICKINSON, ND 58602
EMAIL:
FAX:

DIAMOND FLEET PARTS INC
1925 W 2ND ST
ODESSA, TX 79763
EMAIL:
FAX:

DICA MARKETING CO
104 INDUSTRIAL RD
GUTHRIE CENTER, IA 50115
EMAIL:
FAX:

DUTCHER-PHIPPS CRANE &
RIGGING CO.
PO BOX 910
MONAHANS, CO 79756
EMAIL:
FAX:

DISA INC.
DEPT. 890314
PO BOX 120314
DALLAS, TX 75312-0314
EMAIL:
FAX:

EAST END AUTO & TRUCK PARTS,
INC.
64 10TH AVE E
PO BOX 183
DICKINSON, ND 58601
EMAIL:
FAX:

DONOVAN OVERCAST
958 ASSINIBOINE AVE
HAVRE, MT 59501
EMAIL:
FAX:

EIDE CHRYSLER
1112 MISSOURI AVE
BISMARK, ND 58504
EMAIL:
FAX:

DSI
NO KNOWN ADDRESS
EMAIL:
FAX:

EIDE FORD LINCOLN
800 E BISMARCK EXPRESSWAY
BISMARCK, ND 58504
EMAIL:
FAX:

DUKART, JEREMIAH
876 ELM AVE
DICKINSON, ND 58601
EMAIL:
FAX:

EMRYS LOCKSMITHING LLC
PO BOX 514
WILLISTON, ND 58802-0514
EMAIL:
FAX:

ENERGY307, LLC
6790 CASPER MOUNTAIN ROAD
CASPER, WY 82601
EMAIL: dan@energy307.com
FAX:

ESSENTIAL LOGISTICS, LLC
PO BOX 732951
DALLAS, TX 75373-2951
EMAIL:
FAX:

ENERSTAR RENTALS AND
SERVICES LTD
#102, 579 3RD STREET SE
MEDICINE HAT, AB T1A 0H2 CANADA
EMAIL:
FAX:

FASTENAL
PO BOX 978
WINONA, MN 55987-0978
EMAIL:
FAX:

EQUIPMENT SALES & SERVICE LTD
2111 80TH AVE
EDMONTON, AB T6P 1N3 CANADA
EMAIL: kmaguire@essltd.com
FAX:

FLEETPRIDE INC
PO BOX 847118
DALLAS, TX 75284-7118
EMAIL:
FAX:

ERWIN CRANE
1340 TUSKAWILLA RD SUITE 104
WINTER SPRINGS, FL 32708
EMAIL: berwin@erwincrane.com
FAX:

FLITE LINE EQUIPMENT
12090 MIRAMAR PARKWAY STE 105
MIRAMAR, FL 33025
EMAIL:
FAX:

ESSENTIAL LOGISTICS, LLC
8301 FAIRBANKS N. HOU.
HOUSTON, TX 77064
EMAIL:
luis.galicia@essentiallogistics.net
FAX:

FOREFRONT REAL ESTATE, LLC
800 WERNER CT STE 350
CASPER, WY 82601
EMAIL: lisa@forefrontrealtors.com
FAX:

FORREST BROTHERS TIRE AND
ALIGNMENT
2525 E 8TH ST
ODESSA, TX 79761
EMAIL:
FAX:

G&G GARBAGE LLC
PO BOX 1178
BAKER, MT 59313
EMAIL:
FAX:

FOUR SEASONS TROPHIES
2589 3RD.AVE WEST
DICKINSON, ND 58601
EMAIL:
FAX:

GENERAL EQUIPMENT AND
SUPPLIES, INC.
4300 MAIN AVENUE
FARGO, ND 58103
EMAIL:
FAX:

FREEDOM MOBIL WASH
391 TAHOE DR
LOVELAND, CO 80538
EMAIL:
FAX:

GENERAL STEEL AND SUPPLY CO
PO BOX 1034
DICKINSON, ND 58602-1034
EMAIL:
FAX:

FRONTIER BUSINESS PRODUCTS
3250 QUENTIN STREET, SUITE 120
AURORA, CO 80011
EMAIL:
FAX:

GENERAL TRUCK PARTS &
EQUIPMENT
4040 W 40TH STREET
CHICAGO, IL 60632
EMAIL:
FAX:

FRONTIER DRILLING LLC
NO KNOWN ADDRESS
EMAIL:
FAX:

GEORGES TIRE SHOP
631 26TH AVE E
DICKINSON, ND 58601
EMAIL:
FAX:

GLOBAL SPECIALIZED SERVICES
LLC
PO BOX 51608
CASPER, WY 82605
EMAIL:
FAX:

GREGS WELDING
PO BOX 1807
GILLETTE, WY 82717
EMAIL:
FAX:

GRACEFULL INDUSTRIES
PO BOX 3174
GRAPEVINE, TX 76099
EMAIL:
FAX:

H & E EQUIPMENT SERVICES
PO BOX 849850
DALLAS, TX 75284
EMAIL:
FAX:

GRAINGER INDUSTRIAL SUPPLY
DEPT 886104362
PALATINE, IL 60038-0001
EMAIL:
FAX:

H&H SERVICES LLC
PO BOX 206
MORRILL, NB 69358
EMAIL:
FAX:

GREATAMERICA FINANCIAL SVCS
PO BOX 660831
DALLAS, TX 75266-0831
EMAIL:
FAX:

HADEN'S HAULING LTD.
RICHARD WELLS
NO KNOWN ADDRESS
EMAIL: capstan107@hotmail.com
FAX:

GREEN TREE TRANSPORTATION
COMPANY
DEPARTMENT GTC
PO BOX 644831
PITTSBURGH, PA 15264-4831
EMAIL:
FAX:

HALE HEAVY HAUL
92 RT. 73 & COOPER RD
PO BOX 1400
VOORHEES, NJ 08043
EMAIL:
FAX:

HALL & EVANS LLC
1001 SEVENTEETH STREET, SUTIE 300
DENVER, CO 80202-2034
EMAIL:
FAX:

HOMAX OIL SALE, INC
605 S POPLAR ST
CASPER, WY 82601
EMAIL:
FAX:

HAUCK SALES & SERVICE
3186 110X AVE. S.W.
DICKINSON, ND 58601
EMAIL:
FAX:

HONNEN EQUIPMENT COMPANY
5055 E 72ND AVE
COMMERCE CITY, CO 80022
EMAIL:
FAX:

HEART RIVER CLEANING, LLC
791 9TH AVE W
DICKINSON, ND 58601
EMAIL:
FAX:

HORIZON CABLE SERVICE, INC.
45 NORTH COOLEY DRIVE
OKLAHOMA CITY, OK 73127
EMAIL:
FAX:

HIGHMARK LOGISTICS & HEAVYHAUL INC
24 WM BRADBURY PL
LEDUC, AB T9E 6M9 CANADA
EMAIL:
FAX:

HORIZON CABLE SERVICE, INC.
PO BOX 270895
OKLAHOMA CITY, OK 73127
EMAIL:
FAX:

HILLSTROM CRANE & INSPECTION
5807 VICTORIA AVE
WILLISTON, ND 58801
EMAIL:
FAX:

HOSE & RUBBER SUPPLY
PO BOX 158
RANDOLPH, UT 84064
EMAIL:
FAX:

HOSEWORX INTERNATIONAL
PO BOX 3192
ODESSA, TX 79760
EMAIL:
FAX:

HUTZ WELDING SERVICE & REPAIR
LLC
845 IMPLEMENT DRIVE
DICKINSON, ND 58601
EMAIL:
FAX:

HOUSTON SECIALTY INSURANCE
LISA M. LAMPKIN
11766 WILSHIRE BLVD, 6TH FL.
LOS ANGELES, CA 90025-6546
EMAIL:
FAX:

IBS INC
PO BOX 1717
AUBURN, WA 98071
EMAIL:
FAX:

HOWARD SUPPLY COMPANY, LLC
DEPARTMENT 6890
PO BOX 4248
HOUSTON, TX 77210-4248
EMAIL:
FAX:

INCORP
3773 HOWARD HUGHES PKWY
SUITE 500S
LAS VEGAS, NV 89169-6014
EMAIL:
FAX:

HUGHES OILFIELD
TRANSPORTATION INC
2513 N MERCURY AVE
ODESSA, TX 79763
EMAIL:
FAX:

INTERSTATE ALL BATTERY CENTER
3731 E 2ND
CASPER, WY 82609
EMAIL:
FAX:

HUNTERS PILOT CAR, LLC
PO BOX 71
GARDENDALE, TX 79758
EMAIL:
FAX:

INTERSTATE BATTERIES OF WEST
TEXAS
PO BOX 60264
MIDLAND, TX 79711
EMAIL:
FAX:

INTERSTATE POWER SYSTEMS
3805 4TH AVE W
WILLISTON, ND 58801-2624
EMAIL:
FAX:

JAKES AUTO DETAILING
932 4TH AVE W
DICKINSON, ND 58601
EMAIL:
FAX:

ISN SOFTWARE CORPORATION
PO BOX 841808
DALLAS, TX 75284-1808
EMAIL:
FAX:

JAY RS AUTOBODY LLC
11113 32ND ST SW
DICKINSON, ND 58601
EMAIL:
FAX:

J & J OPERATING, LLC
537 27TH AVE E
DICKINSON, ND 58601
EMAIL:
FAX:

JDM OIL & SERVICE LLC
10745 E STANFORD
GARDENDALE, TX 79758
EMAIL:
FAX:

J&J STEEL & SUPPLY
PO BOX 1886
ODESSA, TX 79760-1886
EMAIL:
FAX:

JEROME DISTRIBUTING
455 23RD AVE EAST
PO BOX 2277
DICKINSON, ND 58601
EMAIL:
FAX:

J.J. KELLER & ASSOCIATES INC.
PO BOX 548
NEENAH, WI 5457--0548
EMAIL:
FAX:

JIMMY B TRUCKING, LLC
4860 N WARDWELL AVE
BAR NUNN, WY 82601
EMAIL:
FAX:

JLPJ PROPERTIES, LLC
3262 110Z AVENUE SW
DICKINSON, ND 58601-9402
EMAIL: sacel@ndsupernet.com
FAX:

JUST-IN GLASS/FIX IT SHOP
316 21ST ST E
DICKINSON, ND 58601
EMAIL:
FAX:

JM SERVICES CRANE AND RIGGING,
CO.
5610 INTERSTATE AVE
BILLINGS, MT 59101
EMAIL:
FAX:

KIMBALL MIDWEST
DEPT L2780
COLUMBUS, OH 43260-2780
EMAIL:
FAX:

JP STEEL SUPPLY
124 24TH ST E
DICKINSON, ND 58601
EMAIL:
FAX:

KIRBY-SMITH MACHINERY, INC
7301 E INTERSTATE 20E
ODESSA, TX 79765
EMAIL:
FAX:

JR TRUCKING LLC
PO BOX 225
VERNAL, UT 84078
EMAIL:
FAX:

KTSDI LLC
801 E. MIDDLETOWN ROAD
NORTH LIMA, OH 44452
EMAIL:
FAX:

JT BROTHERS TRANSPORTATION
108 LAHAINA DR
ODESSA, TX 79762
EMAIL:
FAX:

L&S TRUCKING INC
PO BOX 1260
VERNAL, UT 84078
EMAIL:
FAX:

LARRYS ALIGNMENT
631B 26TH AVE EAST
DICKINSON, ND 58601
EMAIL:
FAX:

LIEBHERR CRANES, INC.
PO BOX 603928
CHARLOTTE, NC 28260-3928
EMAIL:
FAX:

LEEK SAFETY & FIRE EQUIPMENT
INC
PO BOX 1583
ODESSA, TX 79760
EMAIL:
FAX:

LITHIA AUTO STORES
2510 E 8TH
ODESSA, TX 79761
EMAIL:
FAX:

LEGION RIG SERVICES LLC
NO LONGER IN BUSINESS
EMAIL:
FAX:

LOADED DICE SAFETY
PO BOX 13627
ODESSA, TX 79768
EMAIL:
FAX:

LEGION RIG SERVICES, LLC
PO BOX 74
LUCERNE, CO 80646
EMAIL:
FAX:

LODGE PROS DICKINSON, LLC
2431 3RD AVE WEST
DICKINSON, ND 58601
EMAIL:
FAX:

LEON WELDING & ROAD SERVICES,
LLC
5212 ANGUS RD
ODESSA, TX 79764
EMAIL:
FAX:

LOGO MAGIC
2068 3RD AVE W
DICKINSON, ND 58601-3015
EMAIL:
FAX:

LONG VIEW SYSTEMS
CORPORATION
555 - 17TH STREET, SUITE 1600
DENVER, CO 80202
EMAIL:
FAX:

MAHLEN TRUCKING, LLC
816 16TH AVE E
DICKINSON, ND 58601
EMAIL:
FAX:

LSM MANAGEMENT CORP.
109 N. POST OAK LNE, STE 400
HOUSTON, TX 77024
EMAIL: don@LSMcrane.com
FAX:

MBI ENERGY SERVICES
PO BOX 912524
DENVER, CO 80291-2524
EMAIL:
FAX:

M. HASTEY CONSTRUCTION
PO BOX 339
PLAINVIEW, TX 79073
EMAIL:
FAX:

MCCARTY EQUIPMENT
PO BOX 841388
DALLAS, TX 75284-1388
EMAIL:
FAX:

MACS INC
5970 50TH AVE S
MOORHEAD, MN 56560
EMAIL:
FAX:

MCKENZIE COUNTY AUDITOR
201 5TH STREET NW
WATFORD CITY, ND 58854
EMAIL:
FAX:

MAGID GLOVE & SAFETY MFG. CO.
LLC
PO BOX 95081
CHICAGO, IL 60694-5081
EMAIL:
FAX:

MCKENZIE ELECTRIC
COOPERATIVE, INC
PO BOX 649
WATFORD CITY, ND 58854-0649
EMAIL:
FAX:

MCS DEPT. OF TRANSPORTATION
PO BOX 445
WIBAUX, MT 59353-0445
EMAIL:
FAX:

MICHELIN, NORTH AMERICA, INC.
PO BOX 100860
ATLANTA, GA 30384-0860
EMAIL:
FAX:

MCWHORTERS LTD
1008 TEXAS AVE
LUBBOCK, TX 79401
EMAIL:
FAX:

MICROTEL INN AND SUITES
3820 4TH AVENUE W
WILLISTON, ND 58801
EMAIL:
FAX:

MELLMER TOOLS, LLC
502 15TH ST WEST
DICKINSON, ND 58601
EMAIL:
FAX:

MIDLAND CENTRAL APPRAISAL
DISTRICT
4631 ANDREWS HWY
PO BOX 908002
MIDLAND, TX 79708-0002
EMAIL:
FAX:

MERCER COUNTY HIGHWAY
DEPARTMENT
5935 CTY ROAD 20
PO BOX 412
BEULAH, ND 58523
EMAIL:
FAX:

MIDWEST DOORS OF DICKINSON,
INC
501 21ST AVE E
DICKINSON, ND 58601
EMAIL:
FAX:

MGM RURAL SANITATION
P.O. BOX 261
DICKINSON, ND 58602
EMAIL:
FAX:

MIDWEST TRUCK PARTS & SERVICE
5075 COOK ST
DENVER, CO 80216
EMAIL:
FAX:

MITCHELLS CRANE & TRUCKING,
LLC
PO BOX 1192
BAKER, MT 59313
EMAIL:
FAX:

MUTH ELECTRIC, INC
PO BOX 1400
MITCHELL, SD 57301
EMAIL:
FAX:

MM&J ACCOUNTING INC.
PO BOX 70
PARK RIDGE, IL 60068
EMAIL:
FAX:

NAPA AUTO PARTS (CASPER)
PO BOX 2727
CASPER, WY 82602
EMAIL:
FAX:

MONTANA DEPARTMENT OF
REVENUE
PO BOX 6309
HELENA, MT 59604-6309
EMAIL:
FAX:

NAPA AUTO PARTS (COLORADO)
210 S MAIN ST
LONGMONT, CO 80501
EMAIL:
FAX:

MONTANA STATEFUND
PO BOX 4759
HELENA, MT 59604-4759
EMAIL:
FAX:

NAPA AUTO PARTS BARRON
SERVICE PARTS CO
409 E 2ND ST
ODESSA, TX 79761
EMAIL:
FAX:

MONTANA-DAKOTA UTILITIES CO.
PO BOX 5600
BISMARCK, ND 58506-5600
EMAIL:
FAX:

NATIONAL HEAVY HAUL
701 EAST GATE DR STE 110
MT LAUREL, NJ 08054
EMAIL:
FAX:

NATIONS FUND I, LLC
501 MERRITT SEVEN
NORWALK, CT 06851
EMAIL:
ABerger@nationsequipmentfinance.com
FAX:

NFP RETIREMENT, INC
265 FRANKLIN STREET 16TH FLOOR
BOSTON, MA 02110
EMAIL:
FAX:

NBIS-CTIS
2859 PACES FERRY ROAD, SUITE
800
ATLANTA, GA 30339
EMAIL:
FAX:

NOBLE TRUCKING, LLC
1925 S TIMBERLINE, FRONT OFFICE
BUILDING
FT COLLINS, CO 80525
EMAIL:
FAX:

NELSON CONTRACTING
1504 12TH STREET NE
WATFORD CITY, ND 58854
EMAIL:
FAX:

NORTH DAKOTA STATE PATROL
600 E. BLVD, DEPT 504
BISMARCK, ND 58505
EMAIL:
FAX:

NELSON INTERNATIONAL - NELSON
LEASING, INC.
PO BOX 993
WILLMAR, MN 56201
EMAIL:
FAX:

NORTH DAKOTA WORKFORCE
SAFETY & INSURANCE
1600 EAST CENTRUY AVENUE,
SUITE 1
PO BOX 5585
BISMARCK, ND 58506-5585
EMAIL:
FAX:

NEMONT
PO BOX 600
SCOBEY, MT 59263
EMAIL:
FAX:

NORTHERN HEAVY DUTY TRUCK
PARTS
PO BOX 918
WATFORD CITY, ND 58854
EMAIL:
FAX:

NORTHWEST TIRE INC.
463 22ND AVE E
DICKINSON, ND 58601
EMAIL:
FAX:

PACCAR PARTS
PACCAR PARTS LOCKBOX
PO BOX 731165
DALLAS, TX 75373-1165
EMAIL:
FAX:

OGBURNS TRUCK PARTS
PO BOX 4630
FORT WORTH, TX 76164
EMAIL:
FAX:

PALMER ESCORT SERVICE
4252 N CYPRESS AVE
ODESSA, TX 79764-9300
EMAIL:
FAX:

OK TIRE STORE - WATFORD
505 6TH AVE SE
WATFORD CITY, ND 58854
EMAIL:
FAX:

PARADISE DRY CLEANING &
LAUNDRY
PO BOX 87
DICKINSON, ND 58602-0087
EMAIL:
FAX:

OREILLY AUTO PARTS
PO BOX 9464
SPRINGFIELD, MO 65801-9464
EMAIL:
FAX:

PATRIOT SALES & SERVICE LLC
155 IDA ST
OMAHA, NE 68110
EMAIL:
FAX:

OVERHEAD DOOR CO OF THE
PERMIAN BASIN
PO BOX 2932
MIDLAND, TX 79702
EMAIL:
FAX:

PAUL J & GARY A HESS TRUCKING
PO BOX 35
LINDSEY, TX 76250
EMAIL:
FAX:

PAYNEWEST INSURANCE
3289 GABEL RD
BILLINGS, MT 59102
EMAIL:
FAX:

POWER EQUIPMENT CO
PO BOX 912999
DENVER, CO 80291
EMAIL:
FAX:

PENSION ASSURANCE LLP
20335 VENTURA BLVD, SUITE 305
WOODLAND HILLS, CA 91364
EMAIL:
FAX:

PRAIRIE AUTO PARTS
P.O. BOX 1263
DICKINSON, ND 58602
EMAIL:
FAX:

PEPSI BOTTLING CO
PO BOX 639
MINOT, ND 58702-0639
EMAIL:
FAX:

PRAXAIR DISTRIBUTION, INC.
DEPT CH 10660
PALATINE, IL 60055-0660
EMAIL:
FAX:

PERFORMANCE TRUCK CENTER
2019 W VILLARD
DICKINSON, ND 58601
EMAIL:
FAX:

PREMIER TRUCK GROUP
PO BOX 840827
DALLAS, TX 75284-0827
EMAIL:
FAX:

PERMIAN TRUCK & RENTALS
PO BOX 225
GARDENDALE, TX 79758
EMAIL:
FAX:

PROFESSIONAL COMMUNICATIONS
PO BOX 61830
MIDLAND, TX 79711-1830
EMAIL:
FAX:

PS PILOTING SERVICE, LLC
812 E 18TH STREET
GREELEY, CO 80631
EMAIL:
FAX:

R&J COMMUNICATIONS CO.
27 22ND STREET E STE B
DICKINSON, ND 58601
EMAIL:
FAX:

PUMP SYSTEMS LLC
PO BOX 1940
DICKINSON, ND 58602-1940
EMAIL:
FAX:

RED ROCK FORD OF DICKINSON
2585 I-94 BUS. LOOP EAST
DICKINSON, ND 58601
EMAIL:
FAX:

QUALITY MAT COMPANY OF NORTH
DAKOTA, LLC
6550 TRAM RD
BEAUMONT, TX 77713
EMAIL:
FAX:

RED ROCK FORD WILLISTON
202 1ST AVE EAST
WILLISTON, ND 58801
EMAIL:
FAX:

QUALITY QUICK PRINT INC.
37 1ST AVE WEST
DICKINSON, ND 58601
EMAIL:
FAX:

REDSKY MODULAR SERVICES, INC
2584 TED TROUT DR
LUFKIN, TX 75904
EMAIL:
FAX:

QUALITY TIRE COMPANY
1335 W 2100 S
SALT LAKE CITY, UT 84119
EMAIL:
FAX:

REGENT REAL PROPERTIES, LTD
6010 EAST HWY. 191, SUITE 145 C/O
THE HAVENS GROUP, INC.
ODESSA, TX 79762
EMAIL:
Mackenzie.bosworth@havensgroup.net
FAX:

RELIABLE PERMIT SOLUTIONS, LLC
4700 TOPEKA DRIVE
TARZANA, CA 91356
EMAIL:
FAX:

RL SIGNOR HOLDINGS LLC
6034 WEST COURTYARD DRIVE,
SUITE 288
AUSTIN, TX 78730
EMAIL:
FAX:

RHINEHART OIL CO, INC.
PO BOX 418
AMERICAN FORK, UT 84003
EMAIL:
FAX:

RMS CRANES, LLC
1961 E 64TH AVE
DENVER, CO 80229
EMAIL:
FAX:

RICOH USA
PO BOX 660342
DALLAS, TX 75266-0342
EMAIL:
FAX:

ROCKY MOUNTAIN INDUSTRIAL
SUPPLY
1711 ENGLISH AVE
CASPER, WY 82601
EMAIL:
FAX:

RIGGING & TOOLS
2031 LEE AVE
BISMARCK, ND 58504-6726
EMAIL:
FAX:

ROGERS FORD SALES INC
4200 W WALL STREET
MIDLAND, TX 79703
EMAIL:
FAX:

RISE BROADBAND
PO BOX 844580
BOSTON, MA 02284-4580
EMAIL:
FAX:

ROUGHRIDER SEPTIC
2157 3RD ST W
DICKINSON, ND 58601
EMAIL:
FAX:

RUDYS LOCK & KEY, LLC
663 EAST VILLARD STREET
DICKINSON, ND 58601
EMAIL:
FAX:

SANTINI GROUP USD
1876 GOLDEN HORIZON DRIVE
LAS VEGAS, NV 89123
EMAIL: tarah@santinicorpusa.com
FAX:

RYAN MOTORS, INC
1212 2ND ST WEST
WILLISTON, ND 58801
EMAIL:
FAX:

SAX MOTOR CO
52 21ST STREET E
DICKINSON, ND 58601
EMAIL:
FAX:

SACKS TIERNEY
4250 DRINKWATER BLVD - FOURTH
FLOOR
SCOTTSDALE, AZ 85251 3693
EMAIL:
FAX:

SCHAEFFER MANUFACTURING CO.
DEPT 3518, PO BOX 790100
ST. LOUIS, MO 63179-0100
EMAIL:
FAX:

SAFETY WORKS LLC
23 SIMS ST
DICKINSON, ND 58601
EMAIL:
FAX:

SECRETARY OF STATE OF TEXAS -
REPORTS UNIT
PO BOX 12028
AUSTIN, TX 78711-2028
EMAIL:
FAX:

SAFETY-KLEEN SYSTEMS, INC
2600 N CENTRAL EXPY, SUITE 200
RICHARDSON, TX 75080
EMAIL:
FAX:

SKV LLC
PO BOX 542
WRIGHT, WY 82732
EMAIL:
FAX:

SKYGROUND GROUP INC
PO BOX 47
CLEAERBROOK, MN 56634
EMAIL:
FAX:

SPECIAL DESIGNS
14 N HORSESHOE BEND
ODESSA, TX 79763
EMAIL:
FAX:

SM FENCING AND ENERGY
SERVICES
11074 32 E ST SW
DICKINSON, ND 58601
EMAIL:
FAX:

STARK COUNTY AUDITOR
PO BOX 130
DICKINSON, ND 58602-0130
EMAIL:
FAX:

SOUTHERN TIRE MART
12618 WEST I-20 EAST
ODESSA, TX 79765
EMAIL:
FAX:

STATE LINE ESCORT, LLC
PO BOX 535
KERRICK, TX 79051
EMAIL:
FAX:

SOUTHWEST WATER AUTHORITY
4665 2ND STREET SW
DICKINSON, ND 58601
EMAIL:
FAX:

STATE OF NORTH DAKOTA - OFFICE
OF STATE TAX COMMISSIONER
600 E BOULEVARD AVE., DEPT.127
BISMARCK, ND 58505-0599
EMAIL:
FAX:

SPARTAN CONSULTING & SAFETY,
LLC
PO BOX 9238
MIDLAND, TX 79708
EMAIL:
FAX:

STEVE SHARP TRANSPORTATION
PO BOX 160
COKEVILLE, WY 83114
EMAIL:
FAX:

STEWART & STEVENSON
11120 W HIGHWAY 80
ODESSA, TX 79765
EMAIL:
FAX:

TBK BANK, SSB
12700 PARK CENTRAL DR, SUITE
1700
DALLAS, TX 75251
EMAIL:
tbkbank.notification@zixmessagecenter.
com
FAX:

STINGER FABRICATION & SUPPLY
LLC
PO BOX 61427
MIDLAND, TX 79711
EMAIL:
FAX:

TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY
12100 PARK 35 CIRCLE
AUSTIN, TX 78753
EMAIL:
FAX:

T.E.C.H. DIAGNOSTIC CONSULTING
LLC
PO BOX 50647
CASPER, WY 82601
EMAIL:
FAX:

TEXAS DEPARTMENT OF
TRANSPORTATION
125 EAST 11TH ST.
AUSTIN, TX 78701
EMAIL:
FAX:

TALK THE ROCKIES
PO BOX 692
WESTMINSTER, CO 80036
EMAIL:
FAX:

TEXAS GENERAL LAND OFFICE
PO BOX 12873
AUSTIN, TX 78711-3873
EMAIL:
FAX:

TAYLOR, TERRY & CINDY
3676 116TH AVE SW
DICKINSON, ND 58601
EMAIL: DTaylor@entrec.com
FAX:

THE GOODYEAR TIRE & RUBBER
COMPANY
PO BOX 277808
ATLANTA, GA 30384-7808
EMAIL:
FAX:

THE HOSE CONNECTION INC
PO BOX 13622
ODESSA,.TX 79768
EMAIL:
FAX:

TOTAL SAFETY
2297 I-94 BUSINESS LOOP EAST
DICKINSON, ND 58601
EMAIL:
FAX:

THOMSKI HOT SHOTTERS LLC
343 SPRUCE ST
DICKINSON, ND 58601
EMAIL:
FAX:

TRUCK UTILITIES INC
2370 ENGLISH STREET
ST. PAUL, MN 55109
EMAIL:
FAX:

TITAN MACHINERY-CONSTRUCTION
DIV
3079 ENERGY DRIVE
DICKINSON, ND 58601
EMAIL:
FAX:

TRUCK WASH EXPRESS
10124 LOVES WAY
WILLISTON, ND 58801
EMAIL:
FAX:

TJD CONSULTING LLC
PO BOX 428
MANDAREE, ND 58757
EMAIL:
FAX:

TYLER KRUSE
NO KNOWN ADDRESS
EMAIL:
FAX:

TLR & SONS HYDRAULICS &
DESIGN, INC
PO BOX 60593
MIDLAND, TX 79765
EMAIL:
FAX:

UNITED PRAIRIE COOPERATIVE
307 MAIN STREET
PO BOX 340
NEW TOWN, ND 58763
EMAIL:
FAX:

UNITED STATES TREASURY
PO BOX 804525
CINCINNATI, OH 45280-4525
EMAIL:
FAX:

VISIONARY BROADBAND
PO BOX 2799
GILLETTE, WY 82717
EMAIL:
FAX:

UNITED STATES TRUSTEE
515 RUSK STREET, STE 3516
HOUSTON, TX 77002
EMAIL:
FAX:

VUE 28 APARTMENTS
3332 28TH STREET WEST
WILLISTON, ND 58801
EMAIL: vue28dir@weidner.com
FAX:

UPS SUPPLY CHAIN SOLUTIONS
LOCKBOX 577
CAROL STREAM, IL 60132-0577
EMAIL:
FAX:

WAGNER SUPPLY COMPANY
PO BOX 225387
DALLAS, TX 75222
EMAIL:
FAX:

US ATTORNEYS OFFICE FOR
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA, STE 2300
HOUSTON, TX 77002
EMAIL:
FAX:

WARREN CAT
PO BOX 78004
PHOENIX, AZ 85062
EMAIL:
FAX:

VIPER SPECIALIZED SERVICES, LLC
2306 N FM 1788
MIDLAND, TX 79707
EMAIL:
FAX:

WAYSIDE RADIATOR
1339 E 2ND
ODESSA, TX 79761
EMAIL:
FAX:

WD CRANE INSPECTION AND
SERVICES
PO BOX 291
MATHIS, TX 78368
EMAIL:
FAX:

WESTERN DAKOTA ENERGY
ASSOCIATION
1661 CAPITOL WAY
BISMARCK, ND 58501
EMAIL:
FAX:

WELLS FARGO CAPITAL FINANCE
CORPORATION CANADA
BENNETT JONES LLP, MARK S.
LAUGESEN
3400 ONE FIRST CANADIAN PLACE
P.O. BOX 130
TORONTO, ONTARIO M5X 1A4
CANADA
EMAIL: laugesenm@bennettjones.com
FAX:

WESTLIE TRUCK CENTER OF
DICKINSON
P.O. BOX 548
MINOT, ND 58702
EMAIL:
FAX:

WEST TEXAS COMMERCIAL
CLEANING, LLC
850 TOWER DR STE 106
ODESSA,.TX 79761
EMAIL:
FAX:

WHITING PETROLEUM CORP
1700 BROADWAY, STE 2300
DENVER, CO 80290
EMAIL:
FAX:

WEST TEXAS THERMO KING
PO BOX 32018
AMARILLO, TX 79120-2018
EMAIL:
FAX:

WILLIAM SCOTSMAN
901 BOND STREET
BALTIMORE, MD 21231
EMAIL:
FAX:

WEST TEXAS WINDSHIELDS
926 N GRANDVIEW
ODESSA, TX 79761
EMAIL:
FAX:

WINCHES INC.
3356 KERMIT HWY
ODESSA, TX 79764
EMAIL:
FAX:

WOOD GROUP USA, INC
PO BOX 733325
DALLAS, TX 75373-3325
EMAIL:
FAX:

XCEL ENERGY
PO BOX 8
EAU CLAIRE, WI 54702-0008
EMAIL:
FAX:

WTG FUELS, INC / GASCARD
PO BOX 3514
MIDLAND, TX 79702
EMAIL:
FAX:

YELLOWHOUSE MACHINERY CO.
PO BOX 31388
AMARILLO, TX 79120
EMAIL:
FAX:

WURTH USA INC
PO BOX 843948
DALLAS, TX 75284-3948
EMAIL:
FAX:

YOKOHAMA TIRE CORPORATION
1 MACARTHUR PL STE 800
SANTA ANA, CA 92806
EMAIL:
FAX:

WYOMING DEPARTMENT OF
TRANSPORTATION
5300 BISHOP BLVD
CHEYENNE, WY 82009-3340
EMAIL:
FAX:

WYOMING STEEL AND RECYCLING
IRON AND METALS INC
POB 159
MILLS, WY 82644
EMAIL:
FAX: