United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 10, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 20-32643 |
| **ENTREC CORPORATION,** *et al.*, § | |
| § | CHAPTER 15 |
| Debtors. § | |
| § | |
| **WOLVERINE ENERGY AND** § | |
| **INFRASTRUCTURE INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | ADVERSARY NO. 20-3455 |
| § | |
| **ENT CAPITAL CORP.,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Costs to ENTREC are denied.

SIGNED 02/10/2023

_____
Marvin Isgur
United States Bankruptcy Judge